NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PANASONIC HOLDINGS CORP.,**

*Plaintiff-Cross-Appellant*

**v.**

**GETAC TECHNOLOGY CORP., GETAC, INC.,**

*Defendants-Appellants*

---

2023-1148, 2023-1202

---

Appeal from the United States District Court for the Central District of California in No. 8:19-cv-01118-DOC-DFM, Judge David O. Carter.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss the above-captioned appeals,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeals are dismissed.

2    PANASONIC HOLDINGS CORP. v. GETAC TECHNOLOGY CORP.

(2) Each side shall bear its own costs.

FOR THE COURT

<u>January 25, 2023</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** January 25, 2023